WILLIAM L. STIMPER, an Infant, by HEINRICH STIMPER, his Guardian ad Litem, Respondent, *v.* THE FUCHS & LANG MANUFACTURING COMPANY, Appellant.

*Stimper* v. *Fuchs & Lang Mfg. Co.*, 26 App. Div. 333, affirmed.
(Argued December 12, 1899; decided January 9, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made February 11, 1898, reversing a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term, and granting a new trial.

*Robert Thorne* and *Frank V. Johnson* for appellant.

*Henry Escher, Jr., George F. Elliott* and *Jay S. Jones* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
All concur.

———

WILLIAM A. CARR, Respondent, *v.* EMILY A. SMITH, as Sole Executrix of EDMUND A. SMITH, Deceased, Appellant.

*Carr* v. *Smith*, 25 App. Div. 214, affirmed.
(Argued December 12, 1899; decided January 9, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered in January, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee and an order granting an extra allowance.

*Treadwell Cleveland* for appellant.

*Louis Marshall* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.